IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-cr-300-BO

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| JUAN CARLOS SANCHEZ-MARTELL | : |

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of the guilty plea by the defendant, Juan Carlos Sanchez-Martell, on December 6, 2011, and the Motion for Entry of Preliminary Order of Forfeiture being uncontested, the following property is hereby forfeitable pursuant to 18 U.S.C. § 982(a)(2)(B) and (a)(6), to wit: (1) a 2006 Nissan Pathfinder, SUV, VIN 5N1AR18U26C635280, NC temporary tag number 18271109, registered in the name of Claudia Rodriguez, (2) $196,100 in US Currency seized from Claudia Rodriguez on September 6, 2011; and (3) $1,734 in US Currency seized from the defendant on September 6, 2011; and

WHEREAS, the United States is now entitled to possession of said property pursuant to Fed.R.Crim.P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That the United States is hereby authorized to seize the above-stated property, and it is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(p), as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(3), this

Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Preliminary Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(3).

3. That pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General or the Secretary of Treasury directs, by publishing and sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

4. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, as required by Fed. R. Crim. P. 32.2(c).

SO ORDERED. This 10 day of January, 2012.

*Terrence W. Boyle*
TERRENCE W. BOYLE
United States District Judge

3